BAYONNE INDUSTRIES, INC., PLAINTIFF-RESPONDENT, v. AMERICAN EXPRESS WAREHOUSING, LTD., DEFENDANT-PETITIONER.

*Messrs. Shanley & Fisher, Mr. Harold H. Fisher and Mr. Robert A. Kagan* for the petitioners.

*Messrs. Pitney, Hardin & Kipp* for the respondents.

September 21, 1965.   Denied.

JOHN BLOMQUIST, PLAINTIFF-PETITIONER, v. BERNARD BARON, INC., AND DEROSA AND SONS, INC., DEFENDANTS-RESPONDENTS.

*Mr. Arthur C. Gillette* for petitioner.

*Messrs. Levin & Chenkin* and *Messrs. Moser, Roveto & McGough* for the respondents.

September 21, 1965.   Denied.